IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JOE GREER, JR., SARAH GREER, JOE GREER, III, LISA GREER, QUANTE GREER, a Minor Child, By Next of Friend, CANDACE DAUGHTREY, TARVAUS GREER, TISHON GREER and BRANDON GREER, <br><br>　　　Plaintiffs <br> v. <br><br> HERITAGE OPERATING, LP, d/b/a FLAMEGAS, INC and EMPIRE COMFORT SYSTEMS, INC. <br><br>　　　Defendants. | NO. 1:04-0024 <br> JUDGE HAYNES |

## ORDER

In accordance with the Memorandum filed herewith, the Defendant Heritage Operating, LP's motion for summary judgment (Docket Entry No. 40) is **DENIED**. The Defendant Empire Comfort Systems Inc.'s motion for summary judgment (Docket Entry No. 43) is **GRANTED**.

Plaintiffs' claims against the Defendant Empire Comfort Systems Inc. are **DISMISSED with prejudice**.

It is so **ORDERED**.

ENTERED this the 27th day of July, 2005.

　　　　　　　　　　　　　　　WILLIAM J. HAYNES, JR.
　　　　　　　　　　　　　　　United States District Judge